UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DENT,<br><br>          Plaintiff,<br><br>          v.<br><br>ROD ROSENSTEIN, et al.,<br><br>          Defendants. | Case No. 2:19-cv-00676-GW (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order presented by the United States Magistrate Judge Denying Emergency Injunction Without Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: February 5, 2019

_____
HONORABLE GEORGE H. WU
United States District Judge